IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF COLORADO
                 U.S. Magistrate Judge Craig B. Shaffer

| Civil Action: 08-cv-01626-RPM-CBS | FTR - Reporter Deck-Courtroom A402 |
|---|---|
| Date: November 24, 2008 | Courtroom Deputy: Ben Van Dyke |

JOHN GROVER,                                David M. Larson

    **Plaintiff,**

v.

GC SERVICES LIMITED PARTNERSHIP,            Steven J. Wienczkowski
a Delaware limited partnership,

    **Defendant.**

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING:**    **RULE 16(b) SCHEDULING CONFERENCE**
**Court in session:**    **3:18 p.m.**
Court calls case. Appearances of counsel.

Parties have held a Rule 26(f) meeting and Rule 26(a) disclosures have been fulfilled.

**ORDERED:**    The Stipulated Motion for Entry of Protective Order [filed November 18, 2008; doc. 8] is denied without prejudice. Counsel shall file a revised protective order, consistent with the discussion on the record, by the close of business on November 26, 2008.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Deadline for Amendment of pleadings/Joinder of parties: **January 9, 2009.**

Discovery Cut-off: **March 20, 2009.**

Dispositive Motions deadline: **April 20, 2009.**

Parties shall designate affirmative experts **on or before January 5, 2009.**

Parties shall designate rebuttal experts **on or before January 30, 2009.**

Interrogatories, Requests for Production of Documents, and Requests for Admissions shall be served **no later than February 16, 2009**.

**ORDERED:**    All depositions shall be scheduled by the close of business on December 5, 2008. If all depositions are not scheduled by this date, counsel shall conference call the court at (303) 844-2117 on December 8, 2008 at 1:00 p.m. to set the deposition dates with the court's assistance.

A further settlement conference will be set at the request of counsel.

Counsel may not file any OPPOSED discovery motions without leave of court. Counsel are instructed that should a discovery dispute arise they are to comply with Local Rule 7.1A. in an effort to resolve the issues. If that is unsuccessful, counsel shall establish a conference call adding Magistrate Judge Shaffer as the last connection. The Court will hear arguments and attempt to mediate a resolution. The Court will instruct counsel at that time as to whether or not to file a discovery motion.

**FINAL PRETRIAL CONFERENCE** is set for **July 30, 2009 at 10:00 a.m.**
Final Pretrial Order is due **no later than FIVE DAYS before the Final Pretrial Conference.**
(See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a four (4) day jury trial.

- Scheduling Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** **3:31 p.m.**
Total time in court: 00:13

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.