IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01626-RPM-CBS

JOHN GROVER,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,
a Delaware limited partnership,

    Defendant.

## ORDER FOR PRODUCTION OF PERSONNEL FILES

THIS MATTER COMES before the court upon a stipulation of the parties, The COURT HEREBY FINDS that the parties have established good cause for an Order authorizing Defendant to produce Defendant's personnel files, subject to the Protective Order entered in this case.

IT IS HEREBY ORDERED that the Stipulated Motion for Order Authorizing Productions of Personnel Files (*doc. #19*) is GRANTED. Defendant is authorized to produce, subject to the Protective Order entered in this case, the personnel files requested by Plaintiff in his Request for Production No. 2.

DATED at Denver, Colorado, this 24th day of December, 2008.

BY THE COURT:

*s/Craig B. Shaffer*
Craig B. Shaffer
United States Magistrate Judge