IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01626-RPM-CBS

JOHN GROVER,

      Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

      Defendant.

_____

ORDER SETTING TRIAL DATE
_____

      Pursuant to the trial setting conference today, it is

      ORDERED that this matter is set for trial to jury on **May 2, 2011, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm**. Proposed jury instructions and voir dire shall be delivered in paper form directly to chambers by **4:00 p.m.** on **April 15, 2011.**

      DATED:    February 9th, 2011

                                  BY THE COURT:

                                  s/Richard P. Matsch
                                  _____
                                  Richard P. Matsch, Senior District Judge