IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01626-RPM-CBS

JOHN GROVER,

    Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

    Defendant.

**Minute Order Entered by Senior Judge Richard P. Matsch:**


s/J. Chris Smith
 Deputy Clerk


      Defendant's Unopposed Motion for Status Conference and Request for *In Camera* Submission of Medical Records Related to Independent Medical Examination, filed June 1, 2011 [39], is granted with respect to the motion for status conference.  A **status conference** is set for **10:00 a.m. on June 13, 2011**, in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  The request for *in camera* submission will be heard during the conference.


DATED:   June 2, 2011