IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-01626-RPM-CBS

JOHN GROVER,

      Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP, a Delaware limited partnership,

      Defendant.

_____

## ORDER FOR DISMISSAL
_____

      Pursuant to Plaintiff's oral motion to dismiss with prejudice, which was not opposed, it is

      ORDERED that this civil action is dismissed with prejudice with each party to bear their own fees

and costs.

      DATED: June 13th, 2011.

                        BY THE COURT:

                        s/Richard P. Matsch

                        _____
                        Richard P. Matsch, Senior District Judge