IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Date:                June 13, 2011
Courtroom Deputy:    LaDonne Bush
ECR Technician:      Kathy Terasaki

_____

Civil Action No. 08-cv-01626-RPM-CBS

JOHN GROVER,                                             David Larson

      Plaintiff,

v.

GC SERVICES LIMITED PARTNERSHIP,                         Steven Wienczkowski
a Delaware limited partnership,                          Joseph Lico

      Defendant.
_____

### COURTROOM MINUTES
_____

Scheduling Conference

10:17 a.m.     Court in session.

Court has reviewed the report and records provided by Mr. Wienczkowski. Mr. Larson states that he also has reviewed the documents.

Discussion regarding the trial, Defendant's renewed motion for fees and costs, Plaintiff's condition, and a possible dismissal with prejudice.

10:24 a.m.     Court in recess.
10:30 a.m.     Court in session.

Plaintiff's oral motion by Mr. Larson to dismiss the case with prejudice with each party to pay their own fees and costs.

Mr. Wienczkowski states that Defendant does not oppose the motion.

**ORDERED**:  Plaintiff's oral motion to dismiss the case with prejudice with each party to pay their own fees and costs is granted.

Court will enter a written order.

2

10:31 a.m.   Court in recess.

Hearing concluded.
Total time in court: 8 minutes